IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| VS. | ) | CR. NO. 04-00029-CG |
| | ) | |
| **MICHELLE BRYANT a/k/a Michelle** | ) | |
| **Denise Parker Bryant,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc Sheet 5, Part A of the judgment entered on July 26, 2004, to read as follows:

(X) The defendant shall make restitution to the following payees in the amounts listed below.

| **Names and Addresses of Payees** | **Amount of Restitution Ordered** |
|---|---|
| AmSouth Bank<br>P.O. Box 109, Mobile, AL 36652 | $151,507.80 |
| CitiFinancial Services<br>3456 Springhill Avenue, Mobile, AL 36608 | $ 2,252.96 |
| **TOTAL:** | $153,760.76 |

**DONE AND ORDERED** this 16th day of May, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE